UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.:16-CV-80837-KAM

IN RE JOSEPH LLEWELLYN WORREL,

    Debtor.
_____/

JOSEPH LLEWELLYN WORREL,

    Appellant,

vs.                                                                                                       Adv. Pro. No. 09-15332-EPK

EMIGRANT MORTGAGE COMPANY, INC., et al.,

    Appellees.
_____/

## ORDER

This matter is before the Court on Appellees' Chad Ingram, Sannaa Ingram, and Ilkka Juhani Sysimetsa's Motion to Dismiss (DE 9). Appellees seek dismissal of Appellant's appeal of the bankruptcy court's order granting a motion for sanctions. Appellant failed to respond and the time to do so expired. Failure to respond to a motion "may be deemed sufficient cause for granting the motion by default." S.D. Fla. L.R. 7.1(c). The Court ordered Appellant to show cause why the motion should not be granted and Appellant also did not respond to that order. (DE 12.)

Accordingly, it is hereby **ORDERED AND ADJUDGED** that the motion (DE 9) is **GRANTED**. Appellant's appeal of the sanctions order is **DISMISSED**. Moreover, Appellant's Motion should be granted on the merits. Appellant does not have standing to challenge the order in question because he is not an aggrieved person. Appellant's appeal of other orders of the bankruptcy

court are not affected by this order.

      **DONE AND ORDERED** in chambers at West Palm Beach, Palm Beach County, Florida, this 22nd day of August, 2016

                                                                                         KENNETH A. MARRA
                                                                                  United States District Judge