UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.:16-CV-80837-KAM

IN RE JOSEPH LLEWELLYN WORRELL,

     Debtor.

_____/

JOSEPH LLEWELLYN WORRELL,

     Appellant,

vs.                                         Adv. Pro. No. 09-15332-EPK

EMIGRANT MORTGAGE COMPANY, INC., et al.,

     Appellees.

_____/

## ORDER

     This matter is before the Court on Appellant Joseph Worrell's Emergency Motion to Reimpose Section 362 Stay and for Preliminary Injunction, or Other Relief (DE 29). Appellant moves this Court to issue a stay pursuant to § 362(a) or, in the alternative, "issue a restraining order or other temporary injunctive relief to preserve the justiciability and right of appeal." In bankruptcy matters, this Court is an appellate court. As such, the Court without the authority to issue a § 362(a) stay or the injunctive relief sought by Appellant. Further, a review of the record indicates that there is no bankruptcy proceeding pending which would provide a vehicle for the issuance of an automatic

stay. As such, Appellant's motion must be denied.

Accordingly, it is hereby **ORDERED AND ADJUDGED** that Appellant's Emergency Motion (DE 29) is **DENIED**.

**DONE AND ORDERED** in chambers at West Palm Beach, Palm Beach County, Florida, this 4th day of October, 2016

KENNETH A. MARRA
United States District Judge

2