Case 9:16-cv-80837-KAM   Document 33   Entered on FLSD Docket 10/26/2016   Page 1 of 3

FILED BY _____ D.C.
OCT 25 2016
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

JOSEPH LLEWELLLYN WORRELL,
Appellant,

vs.

DISTRICT COURT APPEAL
Case No. 9:16-cv-80837-KAM

EMIGRANT MORTGAGE COMPANY, INC.;
RETAINED REALTY, INC.; ET. AL.
Appellees.

CHAPTER 13 Case No. 09-15332

_____/

## APPELLANT'S RULE 8019 MOTION FOR ORAL ARGUMENTS

COMES NOW Appellant Joseph Worrell, and files his Motion for Oral Arguments, and states as follows in support thereof:

I. On Monday May 2, 2016, Appellant filed an appeal in this court (ECF 57).

II. The case is of special significance especially to military families, who most often must rely on federal laws for several important civil protections, while serving the United States.

III. Rule 8019, Federal Rules of Bankruptcy Procedure (FRBP) subsection (a) provides that ". . . Any party may file, or a district court or BAP may require, a statement explaining why oral argument should, or need not, be permitted."

IV. Subsection (c) of the Rules provides also that the district court or BAP must advise all parties of the date, time, and place for oral argument, and the time allowed for each side.

1 | Page

V. The Court Rules state that oral argument must be allowed in every case unless the district judge—or all the BAP judges assigned to hear the appeal—examine the briefs and record and determine that oral argument is unnecessary because

(1) the appeal is frivolous;

(2) the dispositive issue or issues have been authoritatively decided; or

(3) the facts and legal arguments are adequately presented in the briefs and record, and the decisional process would not be significantly aided by oral argument.

VI. Appellant believes oral arguments may be useful to help decide the issues in this case.

VII. Due to pending military obligations and Active Duty service commitments remaining for 2016, Appellant is required to perform additional assignments and military duties which might conflict with the time set for oral arguments.

## CONCLUSION

Wherefore, Appellant respectfully move that this Court enter an order and Notice granting oral arguments in the case.

Respectfully submitted,

Joseph Worrell, Pro Se.
P.O. Box 30071
West Palm Beach, FL 33420

Dated: October 25, 2016

Service list:

1.
EMIGRANT MORTGAGE COMPANY, INC.,
Becker & Poliakoff, P.A.
c/o Aleida Martinez Molina, Esq.
121 Alhambra Plaza, 10th Floor,
Coral Gables, FL 33134

2.
RETAINED REALTY, INC.,
c/o Richard C. Wald, CEO
5 East 42nd St.
New York, New York 10017