UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 16-80837-CIV-MARRA

JOSEPH L. WORRELL,

Appellant,

vs.

EMIGRANT MORTGAGE COMPANY, et al.,

Appellees.
_____/

**ORDER**

This cause comes before the Court upon Plaintiff's Application to Proceed In Forma Pauperis (DE 34).  The Court has carefully considered the motion and is otherwise fully advised in the premises.

Appellant's application avers he is currently employed, earning $400.00 per month through employment, and receives a veteran's benefit of $1050.00 per month.  Appellant further avers real estate, automobile and jewelry assets and savings in the amount of $400.00. Appellant additionally states that he contributes $600.00 per month to child support.

In forma pauperis proceedings are governed by 28 U.S.C. § 1915.  The provisions of 28 § 1915 state:

> [A]ny court of the United States may authorize the commencement, prosecution or defense of any suit, action or proceeding, civil or criminal, or appeal therein, without prepayment of fees or security therefor, by a person who submits an affidavit that includes a statement of all assets such prisoner possess [and] that the person is unable to pay such fees or give security therefor.  Such affidavit shall state the nature of the action, defense or appeal and affiant's belief that the person is entitled to redress.

28 U.S.C. § 1915.

When considering a motion filed pursuant to § 1915(a), "'[t]he only determination to be made by the court . . . is whether the statements in the affidavit satisfy the requirement of poverty.'" *Martinez v. Kristi Kleaners, Inc.*, 364 F.3d 1305, 1307 (11th Cir. 2004) (quoting *Watson v. Ault*, 524 F.2d 886, 891 (5th Cir. 1976)).  An affidavit demonstrates economic eligibility if it shows "that the litigant, because of his poverty, is unable to pay for the court fees and costs, and to support and provide necessities for himself and his dependents." *Martinez*, 364 F.3d at 1307.

After considering Appellant's application and affidavit, the Court concludes that Appellant does not possess sufficient funds to pay for the court fees and costs in order to maintain this action.

Accordingly, it is **ORDERED AND ADJUDGED** that Appellant's Application to Proceed In Forma Pauperis (DE 34) is hereby **GRANTED**.

**DONE AND ORDERED** in Chambers at West Palm Beach, Palm Beach County, Florida, this 2nd day of November, 2016.

_____
KENNETH A. MARRA
United States District Judge