FILED BY HH

Mar 1, 2017

STEVEN M. LARIMORE
CLERK U.S. DISTRICT CT.
S.D. OF FLA. MIAMI

# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

March 01, 2017

Steven M. Larimore
U.S. District Court
400 N MIAMI AVE
MIAMI, FL 33128-1810

Appeal Number: 16-16056-CC
Case Style: Joseph Worrell v. Emigrant Mortgage Company, et al
District Court Docket No: 9:16-cv-80837-KAM
Secondary Case Number: 9:16-bkc-01046-EPK

The enclosed copy of this Court's Order of Dismissal is issued as the mandate of this court. See 11th Cir. R. 41-4. Counsel and pro se parties are advised that pursuant to 11th Cir. R. 27-2, "a motion to reconsider, vacate, or modify an order must be filed within 21 days of the entry of such order. No additional time shall be allowed for mailing."

Sincerely,

DAVID J. SMITH, Clerk of Court

Reply to: Julie F. Cohen, CC/lt
Phone #: (404) 335-6170

Enclosure(s)

DIS-4 Multi-purpose dismissal letter

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

No. 16-16056-CC

IN RE: JOSEPH LLEWELLYN WORRELL,

                                                                                                                        Debtor.

JOSEPH LLEWELLYN WORRELL,

                                                                                                Plaintiff-Appellant,

versus

EMIGRANT MORTGAGE COMPANY,
RETAINED REALTY, INC.,
CHAD INGRAM,
SAANA INGRAM,
ILKKA JUHANI SYSIMETSA,

                                                                         Defendants-Appellees.

Appeals from the United States District Court
for the Southern District of Florida

Before: MARCUS, ROSENBAUM, and JULIE CARNES, Circuit Judges.

BY THE COURT:

This appeal is DISMISSED, *sua sponte*, for lack of jurisdiction.

Plaintiff-Appellant Joseph Llewellyn Worrell appealed to the district court from four orders of the bankruptcy court. In an August 22, 2016 order, the district court dismissed the portion of Mr. Worrell's bankruptcy appeal that challenged one of the four bankruptcy court orders – a May 10, 2016 order imposing sanctions against Mr. Worrell's counsel – but allowed

the remainder of the bankruptcy appeal to proceed.  Mr. Worrell now seeks to appeal from the district court's order of partial dismissal.

Because the district court's order dismissed only a portion of the bankruptcy appeal, it did not dispose of all claims against all parties, and did not end the litigation on the merits.  *See Michigan State Univ. v. Asbestos Settlement Trust (In re Celotex Corp.)*, 700 F.3d 1262, 1265 (11th Cir. 2012); *Supreme Fuels Trading FZE v. Sargeant*, 689 F.3d 1244, 1245-46 (11th Cir. 2012).  Accordingly, it is not a final order, and we lack jurisdiction to review it.  *See* 28 U.S.C. § 158(d)(1).  The appeal is hereby dismissed.

All outstanding motions are DENIED as moot.  No motion for reconsideration may be filed unless it complies with the timing and other requirements of 11th Cir. R. 27-2 and all other applicable rules.