UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 16-80837-CIV-MARRA

JOSEPH L. WORRELL,

      Appellant,

v.

EMIGRANT MORTGAGE COMPANY, INC. *et al.*,

      Appellee(s).

_____/

## ORDER

THIS CAUSE is before the Court upon the Motion for Reconsideration and for Clarification (DE 42) by *pro se* Appellant Joseph L. Worrell of the Court's Order (DE 40) dismissing Appellant's appeal of the Orders of the Bankruptcy Court. The Court has considered the Motion and is otherwise fully advised in the premises.

"The purpose of a motion for reconsideration is to correct manifest errors of law or fact or to present newly discovered evidence." *Z.K. Marine, Inc. v. M/V Archigetis*, 808 F. Supp. 1561, 1563 (S.D. Fla. 1992) (citing *Harsco Corp. v. Zlotnicki*, 779 F.2d 906, 909 (3d Cir. 1985)). "Courts have distilled three major grounds justifying reconsideration: (1) an intervening change in controlling law; (2) the availability of new evidence; and (3) the need to correct clear error or manifest injustice." *Instituto de Prevision Militar v. Lehman Bros., Inc.*, 485 F. Supp. 2d 1340, 1342 (S.D. Fla. 2007) (*quoting Cover v. Wal-Mart Stores, Inc.*, 148 F.R.D. 294, 295 (M.D. Fla. 1993)) (internal quotation marks omitted).

Appellant has not shown any manifest error in this Court's dismissal, nor has he asserted new evidence, intervening law, clear legal error, or injustice in support of the present Motion. As

indicated in this Court's previous Order (DE 40), the Court agrees with the Bankruptcy Court that res judicata bars litigation of the issues raised in Appellant's Motion.  (DE 6-6, at 127-30 (transcript); *id.* at 229-31 (order).)  The issues are all matters that were or could have been raised in the foreclosure action.  Accordingly, it is **ORDERED AND ADJUDGED** that Appellant's Motion (DE 42) is **DENIED IN ITS ENTIRETY**.

      **DONE AND ORDERED** in Chambers at West Palm Beach, Palm Beach County, Florida, this 6th day of August, 2018.

                           KENNETH A.  MARRA
                           United States District Judge